JONATHAN P. HAYDEN (No. 104520)
jonathan.hayden@hellerehrman.com
CATHERINE P. ROSEN (No. 62562)
catherine.rosen@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Plaintiff
SOUTHWALL TECHNOLOGIES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 9/20/06*

| | |
|---|---|
| SOUTHWALL TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> ATLANTIC MUTUAL INSURANCE COMPANY, <br><br> Defendant. | Case No.:  C-99-20400 RMW <br><br> NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a) and pursuant to the Settlement Agreement and Release entered between Plaintiff Southwall Technologies Inc. and Defendant Atlantic Mutual Insurance Company, Plaintiff voluntarily dismisses the above captioned action with prejudice, each party to bear its own costs and attorneys' fees.

Dated:  August 29, 2006             HELLER EHRMAN LLP


                                    By: _____/s/ Catherine P. Rosen_____
                                        CATHERINE P. ROSEN
                                        Attorneys for Plaintiff
                                        SOUTHWALL TECHNOLOGIES INC.

1  IT IS SO ORDERED.

Dated:  __9/20_____ ___, 2006

_____/s/ Ronald M. Whyte_____
The Honorable Ronald M. Whyte
United States District Court Judge